UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | ED CV 14-522-DMG (PLAx) | Date | April 1, 2016 |
|---|---|---|---|
| Title | *Adnan Khan v. 7-Eleven, Inc.* | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of the Parties' Rule 41 Stipulation of Dismissal filed on April 1, 2016 [Doc. # 82], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a) with each party bearing his or its own respective attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.